No. 84–1426. ABRAMS, ATTORNEY GENERAL OF NEW YORK v. McCRAY. C. A. 2d Cir. Motion of respondent to expedite further consideration of the petition for writ of certiorari and to consolidate with No. 84–6263, *Batson* v. *Kentucky* [certiorari

granted, *ante*, p. 1052], denied. JUSTICE BRENNAN, JUSTICE MARSHALL, and JUSTICE STEVENS would grant this motion.